IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
DIVISION



FILED
JUN 23 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

Peggy Denise West                       PLAINTIFF

VS.                                     3:23cv 398-DPJ-FKB

Brady Pate Director and
Melloney Hernton and Compass Health     DEFENDANT(S)
Care Company and Merit Health
River Oaks

## Complaint

Comes Now plaintiff Peggy Denise West, pro se, and for cause of action. Against the defendant(s) Brady Pate Director and Melloney Hernton and Compass Health Care Company and Merit Health. would state I Peggy D West was Discriminated Against Age Discriminated and Violated my Civil Rights

## JURISDICTION

I Peggy D West is saying that I was Age Discriminated Against and my Civil Rights Rights was violated this is why this matter is being brought in Federal Court

## I

Plaintiff is an Adult Resident citizen of the county of Hinds State of Mississippi.

The Defendant Brady Pate Director and Melloney Hernton and Compass Health Care Company And Merit Health River Oaks is an Adult Resident citizen of the County of Rankin County State of Mississippi

## FACTS

The Facts is Thats These People and Companys violated my Rights of Age Discrimination and Violated my Civil Rights They Replace me with a younger Person. They Lied and said I stole something And I was told if I Talked to Anybody About it I would be Terminated I was bening Treated diffent from the white Employees.

## RELIEF

I am seeking Compensatory Damages and Punitive For All that These People and Company have put me and my Family through. Compensatory Damages $500,000 And Punitive Damages $500,000

Respectfully Submitted this the 23 day of June 2023

By (signature) Peggy Henzo West

Peggy Denise West
321 James Garfield Circle
Jackson, MS, 39213

601-331-1413
601-331-5650



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Jackson Area Office
100 West Capitol Street, Suite 338
Jackson, MS 39269
(769) 487-6910
Website: www.eeoc.gov

### DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 03/30/2023

To: Peggy D. West
321 James Garfield Circle
Jackson, MS 39213

Charge No: 423-2023-00753

EEOC Representative and email:   SHAMLA MOORE
FEDERAL INVESTIGATOR
SHAMLA.MOORE@EEOC.GOV

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 423-2023-00753.

On behalf of the Commission,

Eszean McDuffey
Digitally signed by Eszean McDuffey
Date: 2023.03.30 17:27:34 -05'00'

Eszean McDuffey
Director

Cc:
BRADY PATE
1030 RIVER OAKS DR
Flowood, MS 39232
Hrservicescenter@compass-usa.com

Please retain this notice for your records.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>EEOC | Agency(ies) Charge No(s):<br>423-2023-00753 |
|---|---|---|

|  | and EEOC |
|---|---|
| State or local Agency, if any |  |

| Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)<br>Peggy D. West | Home Phone<br>(601) 331-5650 | Year of Birth<br>1965 |
|---|---|---|
| Street Address<br>321 James Garfield Circle<br>JACKSON, MS 39213 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>Merit Health River Oaks | No. Employees, Members<br>501+ Employees | Phone No. |
|---|---|---|
| Street Address<br>1030 RIVER OAKS DR<br>FLOWOOD, MS 39232 | | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON<br><br>Age, Race | DATE(S) DISCRIMINATION TOOK PLACE<br><br>Earliest: 03/01/2023    Latest: 03/02/2023 |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On or about January 2022, I was employed for Merit Health River Oaks through a contract from Morrison Healthcare as a Dietician. On or about September 2022, I was injured my back on while cleaning the yogurt machine. I didnt report the incident to Management until two days later; I told my Supervisor, Mel (LNU) that I hurt my back while cleaning a machine and I went to the doctor and gave her the doctor excuse, but nothing else was done. On or about October 6, 2022, I continued to work and did not request a reasonable accommodation.

On or about January 18, 2023, I was cleaning the doctors lounge and I noticed a doctors air pods on a table; so, I placed them in my apron and was going to return later. I left a note for the doctor to contact her because she had them. I returned to work after still having the air pods and my Supervisor, Mel asked me about the air pods that belonged to Dr. Brown. RN, Shelly (LNU) asked me about some more air pods and I told her that I had two pair of air pods (one, black and one white). I took both pair of air pods to the ER. I was never written up for any policy violation-Theft, but I spoke with the COO-Jonathan (LNU) (W/M) and he me that I could keep working for the company because I returned the items, and I would be working in the front cafeteria.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>3-20-23  /s/ Peggy D West<br>Date        Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

Page 1 of 3