UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PEGGY DENISE WEST                                                                    PLAINTIFF

V.                                                      CIVIL ACTION NO. 3:23-CV-398-DPJ-FKB

BRADY PATE, DIRECTOR; MELLONY HERNTON;
COMPASS HEALTH CARE COMPANY; AND MERIT
HEALTH RIVER OAKS                                                                   DEFENDANTS

JUDGMENT

        In accordance with the order entered this date, as well as the Court's October 13, 2023

Order, this case is dismissed without prejudice.

        **SO ORDERED AND ADJUDGED** this the 7th day of December, 2023.

                                        s/ *Daniel P. Jordan III*_____
                                        CHIEF UNITED STATES DISTRICT JUDGE